# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Carolyn A. Smith,

    Plaintiff,

        v.                                                  Case No.  1:07cv199

Commissioner of Social Security,                    Judge Michael R. Barrett

    Respondent.

## ORDER

       This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on May 13, 2008 (Doc. 9).

       Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

       Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

       Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** The decision of the Commissioner is affirmed.  This matter is terminated from the docket of this Court.

       **IT IS SO ORDERED.**

                                                           *S/Michael R. Barrett*
                                                           Michael R. Barrett, Judge
                                                           United States District Court